```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TURNER,

                Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

09 Civ. 4734 (RMB)

**ORDER**

      Based upon Defendant City of New York's letter, dated August 5, 2009, indicating that "the parties have settled the action in principle," it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before August 21, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
       August 6, 2009

*Richard M. Berman*
_____
**Richard M. Berman, U.S.D.J.**